# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **VERNON SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| v. ) | |
| ) | **No. 08-2345-KHV** |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## ORDER

This matter comes before the Court on plaintiff's <u>Application For Attorney's Fees Pursuant To The Equal Access To Justice Act</u> (Doc. #7) filed July 6, 2009. Plaintiff's application is unopposed. The Court, after reviewing the file and in consideration of the court-related representation of plaintiff in this social security appeal, finds that reimbursement should be made for attorney's fees in the amount of **$7,329.73**, payable to plaintiff.

**IT IS THEREFORE ORDERED** that, pursuant to 28 U.S.C. § 2412, plaintiff is granted attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of **$7,329.73**, payable to plaintiff.

**IT IS ALSO ORDERED** that the check for attorney fees should be made payable to plaintiff and be mailed to plaintiff's attorney's address.

Dated this 22nd day of July, 2009 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge